# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN M. CHIKEREMA, | : | |
|     Petitioner, | : | |
| | : | No. 1:18-cv-1031 |
| v. | : | |
| | : | (Judge Rambo) |
| CRAIG R. LOWE, | : | (Magistrate Judge Carlson) |
|     Respondent. | : | |

## ORDER

**AND NOW**, on this 19th day of August 2019, upon consideration of Petitioner Martin M. Chikerema's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), Magistrate Judge Carlson's Report and Recommendations (Doc. No. 12), Respondent's objections thereto (Doc. Nos. 13, 14), Petitioner's motion to expedite adjudication of his § 2241 petition (Doc. No. 15), and for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion to expedite (Doc. No. 15) is **GRANTED**;

2. The Court **ADOPTS** Magistrate Judge Carlson's Report and Recommendation (Doc. No. 12);

3. Respondent's objections (Doc. Nos. 13, 14) are **OVERRULED**;

4. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **GRANTED**;

5. Within twenty-one (21) days of this Order, Petitioner shall be afforded an individualized bond hearing before an immigration judge; and

6. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge